B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Hawaii | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FREEMAN GUARDS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>99-0150858 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2130 N. King Street, Suite 16<br>Honolulu, Hawaii<br>ZIP CODE 96819 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Honolulu | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>   service provider | ☑ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☐ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>             Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer  ☑ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment<br>on 4/01/13 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FREEMAN GUARDS, INC. | |
|---|---|---|
|  | | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:      District of Hawaii | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box.)**

     ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

     ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

     ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes.)**

     ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                          _____<br>                          (Name of landlord that obtained judgment)

                          _____<br>                          (Address of landlord)

     ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

     ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition . | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **Freeman Guards, Inc.** |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _Jerrold K. Guben_
Signature of Attorney for Debtor(s)
**JERROLD K. GUBEN (3107-0)**
Printed Name of Attorney for Debtor(s)
**O'Connor Playdon & Guben LLP**
Firm Name
**Makai Tower, Suite 2400**
**733 Bishop Street**
**Honolulu, Hawaii  96813**
Address
**(808) 524-8350; jkg@opglaw.com**
Telephone Number
**October 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Helen Freeman_
Signature of Authorized Individual
**Helen Freeman**
Printed Name of Authorized Individual
**President/Director**
Title of Authorized Individual
**October 21, 2010**
Date

**MINUTES OF SPECIAL MEETING OF THE BOARD OF DIRECTOR**
**OF**
**FREEMAN GUARDS, INC.**

The Special Meeting of the Board of Directors of Freeman Guards, Inc., a Hawaii corporation ("Company"), was held.  Present at the meeting was:

HELEN FREEMAN
PATRICK CANONIGO
ROXANNE CANONIGO
EDWINA FREEMAN

The Director reviewed the financial condition of the Company and legal proceedings in which the Company has been named as a party.  After reviewing the financial condition of the Company and the pending litigation, the Board agreed that the Company could not pay its debts as they mature, if the judgment is enforced.  Based upon the Discussion, the sole Director unanimously resolved as follows:

> RESOLVED, that Roxanne Canonigo, as the Secretary, Treasurer and Director of the Company be authorized and directed to file a Voluntary Petition in the appropriate Court on behalf of the Company seeking relief under Chapter 11 of the United States Bankruptcy Code, Title 11 of the United States Code. Said Director was further authorized to execute said documents and to take such actions as may be necessary or appropriate to effectuate a plan of reorganization for the Company.  Said officer is further authorized to employ Jerrold K. Guben of O'Connor Playdon & Guben LLP, as bankruptcy counsel for representation in the bankruptcy proceedings.

> FURTHER RESOLVED, that Roxanne Canonigo is authorized as the Responsible Person, to execute documents and to take actions as may be necessary or appropriate to effectuate a plan of reorganization for the Company.

DATED:  Honolulu, Hawaii,  October 19, 2010.

FREEMAN GUARDS, INC.

By _Roxanne Canonigo_____
ROXANNE CANONIGO
Its Secretary/Treasurer/Director

| Debtor: **Freeman Guards, Inc.** | Case No. (if known): |
| | Chapter |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1  American Express - Corporate | | Credit Card | | 45,408.11 |
| 2  CMC Global Network<br>P.O. Box 3804<br>Honolulu, HI 96812 | Dennis Bunda (291-8202)<br>P.O. Box 3804<br>Honolulu, HI 96812 | Trade Debt | | 6,282.60 |
| 3  Pacific Guardian Life<br>1440 Kapiolani Boulevard, #1700<br>Honolulu, HI 96814 | Roberta (942-1282)<br>1440 Kapiolani Boulevard, #1700<br>Honolulu, HI 96814 | TDI | | 21,435.83 |
| 4  Bank of Hawaii<br>P.O. Box 2715<br>Honolulu, HI 96803 | Bankoh Loan Center<br>(888) 643-3888<br>P.O. Box 2715<br>Honolulu, HI 96803 | Bank Loan | | 17,990.41 |
| 5  Kaiser Permanente<br>711 Kapiolani Boulevard<br>Honolulu, HI 96815 | Dale Taketa (432-5326)<br>711 Kapiolani Boulevard<br>Honolulu, HI 96815 | Health Insurance | | 15,742.62 |
| 6  KBC Partners<br>212 Merchant Street, #330<br>Honolulu, HI 96813 | John Foti (524-3551)<br>212 Merchant Street, #330<br>Honolulu, HI 96813 | Trade Debt | | 20,903.88 |
| 7  HMAA<br>737 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | Shirley Mercado (791-7507)<br>737 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | Health Insurance | | 13,211.90 |
| 8  Nextel<br>P.O. Box 8077<br>London, K^ 40742 | Dawn Rhodes<br>(866) 296-3801 | Trade Debt | | 14,033.48 |
| 9  American Express - Small Business | Terry Petrell<br>(800) 661-2774 | Credit Card | | 9,858.63 |
| 10  Crown Castle<br>200 Corporate Drive<br>Canonsburg, PA 15317 | Alan Rosen<br>(866) 718-1234 x 158 | Trade Debt | | 8,021.85 |

| Debtor: **Freeman Guards, Inc.** | Case No. (if known): |
| | Chapter |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Xerox Capital<br>700 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | Faith Kwock (51-9536)<br>700 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | Trade Debt | | 8,307.63 |
| 12 Diagnostic Laboratory Services<br>650 Iwilei Road, Suite 300<br>Honolulu, HI 96817 | 589-5100<br>650 Iwilei Road, Suite 300<br>Honolulu, HI 96817 | Trade Debt | | 7,004.00 |
| 13 RMS<br>4836 Brecksville Road<br>Richfield, OH 44286 | Sandy Craven<br>(866) 681-4124<br>4836 Brecksville Road<br>Richfield, OH 44286 | Trade Debt | | 6,365.00 |
| 14 Prudential | | Rent | | 4,509.14 |
| 15 Nelson Dennis<br>P.O. box 1511<br>Hilo, HI 96721 | George Hotniansky<br>(808) 934-0224<br>22 Fumeaux Lane<br>Hilo, HI 96720 | Rent | | 5,410.78 |
| 16 Jack Schweizert<br>550 Halekauwila Street, #309<br>Honolulu, HI 96813 | Jack Schweizert (533-7491)<br>550 Halekauwila Street, #309<br>Honolulu, HI 96813 | Trade Debt | | 4,000.00 |
| 17 Union 76<br>P.O. Box 689059<br>Des Moines, IA 50368-9059 | (800) 435-7802<br>P.O. Box 689059<br>Des Moines, IA 50368-9059 | Credit Card | | 6,259.61 |
| 18 Valian<br>110 Crossways Park Drive<br>Woodbury, NY 11797 | Debbie Foster<br>(516) 390-1100<br>110 Crossways Park Drive<br>Woodbury, NY 11797 | Trade Debt | | 3,246.00 |
| 19 HEMIC<br>P.O. Box 29280<br>Honolulu, HI 96820-1680 | HEMIC Accounting Department<br>524-3642 x 460<br>P.O. Box 29280<br>Honolulu, HI 96820-1680 | Workers' Compensation | | 7,904.00 |
| 20 Bank of America<br>P.O. Box 15026<br>Wilmington, DE 1985–5026 | Customer Assistance<br>(866) 247-1112 | Credit Card | | 3,466.35 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __October 21, 2010__          /s/ __Roxanne Canoniqo__
                                     Signature

                                     __Responsible Person__
                                     Print Name and Title

ACCESS
PO Box 4857
Hayward, CA 94540-4857


ALSTON HUNT FLOYD & ING
ASB Tower, Suite 1800
1001 Bishop Street
Honolulu, HI 96813


AMERICAN EXPRESS
P.O. Box 981540
El Paso, TX 79998-1540


ART & SIGNS
1409 Colburn Street
Honolulu, HI 96817


ATLAS INS-GL ADDITN FOR ACTUS
PO Box 31000
Honolulu, HI 96849-5634


B HAYMAN
94-062 Leokane Street
Waipahu, HI 96797


BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE  1985—5026


BANK OF HAWAII
P.O. Box 2715
Honolulu, HI  96803


CALVIN'S PLUMBING
73-4840 Kanalani, Bldg D
Kailua-Kona, HI 96740

CMC GLOBAL NETWORK
P.O. Box 3804
Honolulu, HI 96812


COMMERCEPOINT INC
1380 Lower Campus Road, #38
Honolulu, HI 96822


CREDIT ASSOCIATES OF MAUI LTD
1817 Wells Street
Wailuku, HI 96793


CROWN CASTLE
200 Corporate Drive
Canonsburg, PA 15317


DIAGNOSTIC LABORATORY
SERVICES
650 Iwilei Road, Suite 300
Honolulu, HI 96817


FANTASTIK
2031 Colburn Street
Honolulu, HI 96819


FECHHEIMER
PO Box 202518
Dallas, TX 75320-2518


HMAA
737 Bishop Street, Suite 1200
Honolulu, HI 96813


HELCO-003
PO Box 1027
Hilo, HI 96721-1027

HECO-010
PO Box 3978
Honolulu, HI 96812-3978


HEMIC
P.O. Box 29280
Honolulu, HI 96820-1680


HI PETROLEUM INC
16 Railroad Avenue, #202
Hilo, HI 96720


HI TELCOM - PHONE
PO Box 30770
Honolulu, HI 96820-0770


HI TELCOM - PHONE EQUIP 714
PO Box 30770
Honolulu, HI 96820-0770


HI TELCOM YELLOW PAGES MOLUKAI
PO Box 17123454
Cincinnati, OH 45271-001


KBC PARTNERS
212 Merchant Street, #330
Honolulu, HI 96813


KAIMUKI TYPEWRITER
SERVICE, LTD
1738 S King Street
Honolulu, HI 96826


KAISER PERMANENTE
711 Kapiolani Boulevard
Honolulu, HI 96815

NELSON DENNIS
P.O. Box 1511
Hilo, HI 96721


NEXTEL
P.O. Box 8077
London, KY 40742


PRUDENTIAL


RMS
4836 Brecksville Road
Richfield, OH 44286


SCHWEIZERT, JACK
550 Halekauwila Street, #309
Honolulu, HI 96813


STRAIGHTAHEAD ALCOHOL &
DRUG AWARENESS PROGRAM
ISI Billing Dept 3465
Waialae Avenue, 4th Floor
Honolulu, HI 96816


UNION 76
P.O. Box 689059
Des Moines, IA 50368-9059


VALIAN
110 Crossways Park Drive
Woodbury, NY 11797


XEROX CAPITAL
700 Bishop Street, Suite 1200
Honolulu, HI 96813

KOBAYASHI SUGITA & GODA
999 Bishop Street, #2600
Honolulu, HI 96813-4430


KOBAYASHI KANETOKU DOI CPA
745 Fort Street, Suite 1915
Honolulu, HI 96813


MASA SHELL
394 Kamehameha Avenue
Hilo, HI 96720


MENEHUNE WATER
330 Hoohana Street, Bay 7
Kahului, HI 96732-3506


MILLYARD PLAZA
C/O PEAKE & LEVOY, LLC
PO Box 218
Kahului, HI 96733


Mr LockSmith
PO Box 372251
Honolulu, HI 96837-2251


NATIONAL SAFETY COUNCIL
PO Box 558 Itasca
IL 60143-0558


NETWORK FLEET
PO Box 975544
Dallas, TX 75397-5544


OCEANIC CABLE - HILO
PO Box 30050
Honolulu, HI 96820-0050

OCEANIC CABLE - OAHU
PO Box 30050
Honolulu, HI 96820-0050


PACIFIC DATA SVC
Kukui Plaza, Suite C210-A
50 S Beretania Street
Honolulu, HI 96813


PACIFIC GUARDIAN LIFE
1440 Kapiolani Boulevard, #1700
Honolulu, HI 96814


PACIFIC WIRELESS
710 Kakoi Street
Honolulu, HI 96819


PITNEY BOWES GLOBAL
FINANCIAL SERVICE LLC
Box 3711887
500 Ross Street., #154-0470
Pittsburgh, PA 15262


PITNEY BOWES – PURCHASE POWER
Box 371874
500 Ross Street., #154-0470
Pittsburgh, PA 15262


PROFESSIONAL IMAGES
709 Ahua Street
Honolulu, HI 96819


SAFETY SYSTEMS
815-C Waiakamilo Road
Honolulu, HI 96817


SAMS CLUB
PO Box 530981
Atlanta, GA 30353-0981

SEARS
PO Box 689131
Des Moines, IA 50368-9131


SERVCO AUTO PARTS
2850 Pukoloa Street, Suite 102
Hon, Hi 96819


SOH DEPT OF TRAN
HNL Airport
400 Rodgers Blvd., # 700
Honolulu, HI 96819-1880


SPEED-O AUTO SVC
811 Laukapu Street, #11
Hilo, HI 96720


SPRINT - LONG DISTANCE
PO Box 219100
Kansa City, MO 64121-9100


VALIANT
110 Crossways Park Drive
Woodbury, NY 11797


VERIZON
PO Box 660108
Dallas, TX 75266-0108


YAMAHA MOTOR CORPORATION, USA
Commercial Customer Finance
6555 Katella Avenue
Cypress, CA 90630


YOUNG LAUNDRY
1930 Auiki Street
Honolulu, HI 96819-2201

AHCHEE, Fetuao M
94-820 Awanei Street Apt. 35
Waipahu  HI 96797


AHHING, Sina
1531 Kam 4Th Road Apt-A 10
Honolulu, HI   96819


AKANA, Amber C
807 Hausten Street Apt. 5
Honolulu, HI   96826


AKANA, Kuupilialoha T
1648-B Owawa Street
Honolulu, HI   96819


ALAE JR, Aimalefoa
94-303 Pupuole Street Apt 301B
Waipahu, HI   96797


ALBINIO, Lloyd J
1216 Wanaka Street
Honolulu, HI   96818


ALFORD-CLINE, Michael Y
2009 Uhu Street
Honolulu, HI   96819


ALHAMBRA, Romeo A
623 Mcneill St. #316
Honolulu, HI   96817


AMOSA, Faasafua
5411 Opihi Street
Honolulu, HI   96821


ANDRADE, Telesforo
2726 A Lowrey Ave.
Honolulu, HI   96822

AOKUSO, Savili
1474 Ahonui Street 12 E
Honolulu, HI 96819


BALAIS, Julito
94-920 Kahiki Place
Waipahu, HI 96797


BERNAS, Vincent,Jr. A
1838 Akone Place
Honolulu, HI 96819


BHASKARAN, Chandran
1415 Kinau St Rm 11
Honolulu, HI 96814


BRAGADO, Bernard
909 Lehua Ave Apt 4
Pearl City, HI 96782


CAMPBELL, Edward R
94-239 Kaholo Street
Mililani, HI 96789


CARAVALLO, Albert
2158 Hoohai Street
Pearl City, HI 96782


CHOI, Youngjin
1541 Kalakaua Avenue Apt 1101
Honolulu, HI 96826


CHRISTENSEN, Ole
2940 Varsity Cr #3
Honolulu, HI 96826


CLARK, Michael D
519 Kaniahe Street
Wahiawa, HI 96786

COLON, Carl W
103 Mango Street Apt. 10
Wahiawa, HI  96786


CORREA, Gary
41-549 Piohia Pl
Waimanalo, HI  96795


CRAIL, Christopher
91-1179 Kanika Street
Ewa Beach, HI  96706


CRAIL, Dennis
91-1179 Kauiki Street
Ewa Beach, HI  96706


CROFT, Harold W
2525 Date Street Apt 3706
Honolulu, HI  96826


DANIELS, Shaze
1177 Ala Kapuaa
Honolulu, HI  96819


DAVIDSON, Daniel
2559 Ipulei Way
Honolulu, HI  96816


DAVIDSON, Richard  J
1234 Kamaile Street Apt A1
Honolulu, HI  96814


DEGRASSI, John
PO Box 37171
Honolulu, HI  96837


DRAKE, Leon C
516 Ohana Nui Circle
Honolulu, HI  96818

DUNN, Frederick M
85-2040 Waikalani Place Apt E-301
Mililani, HI   96789


DUROPAN, Bryan
87-133 Keliikipi Street
Waianae, HI   96792


FAAINUINU, Paul T
94-1017 Maikai Pl. Rm. 8
Waipahu, HI   96797


FAATILI JR, Faleono
94-246 Aniani Street
Waipahu, HI   96797


FAIOLA JR., Paul J
94-616 Lumiaina Street Apt N-101
Waipahu, HI   96797


FEALOFAI, Faataaga F
94-354 Pupumomi St Apt 1
Waipahu, HI   96799


FELICIANO, Christina M
735 Lukepane Ave Apt 4
Honolulu, HI   96816


FELIX, Douglas M
91-931 Nomoimoewa Place
Ewa Beach, HI   96706


FERNANDEZ, Colson G
91-205 Kamoawa Place
Ewa Beach, HI   96706

FIELDS JR., Oscar A
2508 Rose Street Apt-C
Honolulu, HI 96819


FILLAZAR, Bonifacio
98-099 Uao Pl #2901
Aiea, HI 96701


FISHEL, Juanell
1738 Young Street Apt 1
Honolulu, HI 96826


FULLER, Pualoa J
1632 Hart Street
Honolulu, HI 96817


GALICINAO, Pedro J
94-1169 Kahuaina Street
Waipahu, HI 96797


GANTE-ENANORIA, Chance
1525 Piikoi Street Apt 1
Honolulu, HI 96822


GAPASIN, Aris
94-524 Hakea Pl.
Waipahu, HI 96797


GIBSON, Summer K
1957 Kalihi Street
Honolulu, HI 96819


GILBERT, Sean
85-1413 Koolina Street
Waianae, HI 96792


GOMEZ, Pepito R
94-617 Loaa St
Waipahu, HI 96797

GONDA, James C
350 Summer Street
Honolulu, HI   96818

GONZALES, Alfredo F
91-1652 Halolani St
Ewa Beach, HI   96706

GROOVER, Elijah
92-7049 Elele St Unit 106
Kapolei, HI   96707

HAANIO, Kamuela K
94-100 Mui Place
Waipahu, HI   96797

HAMPTON, Anthony E
Us Vets PO Box 75329
Kapolei, HI   96707

HARLEY, Michael R
1647 Meyers Street
Honolulu, HI   96815

HUYNH, Khanh N
328-101 Valley View Loop
Honolulu, HI   96818

IGLESIAS, Danilo
92-677 Nuenani St.
Kapolei, HI   96707

IKEDA, Kenneth K
954 Akepo Lane #2
Honolulu, HI   96817

IOANE, January
2616 Kalihi Street
Honolulu, HI   96819


ISAAC, Alik
3532 Kilauea Ave
Honolulu, HI   96816


JONES, Samuel
725 Piikoi Ave
Honolulu, HI   96814


KAALELE III, Charles K
2273 Kaululaau Street
Honolulu, HI   96813


KAMA, Richard
1475 Linapuni Street Apt. A-1504
Honolulu, HI   96819


KAOPUA, Milton K
84-710 Kili Drive Apt 1313
Waianae, HI   96792


KAOPUA, Susanna L
84-710 Kili Drive Apt 1313
Waianae, HI   96792


KAPIHE JR, Robert
91-1037 Puwalu Street
Ewa Beach, HI   96706


KE, Robert
85151 C
Waianae, HI   96792


KEOAMPHONE, Serpico
772 Kapuu Street
Honolulu, HI   96826

KOLI, Ivan
94-125 Pahu Street
Waipahu, HI   96797


KUA'ANA, Jonathan A
1584 Merkle Street
Honolulu, HI   96819


LACERNA, Dominador E
26 Circle Drive
Wahiawa, HI   96786


LAMOSITELE, Agnes J
94-532 Kupuna Loop
Waipahu, HI   96797


LEGASPI, Alvin Kenneth B
94-357 Kahualena Street
Waipahu, HI   96797


LESLIE, John
87-123 Pelanaki St
Waianae, HI   96792


LOPEZ, Benny
811 Luehu St
Pearl City, HI   96782


LORENZANA, Jose
1216 Pua Lane, Apt 601
Honolulu, HI   96817


MAFI, Fue
1121 C Banyan St
Honolulu, HI   96817

MAKUAKANE, Theodore
94-790 Kaao Pl
Waipahu  HI 96797


MANUEL, Claide
PO Box 1573
Kaneohe, HI   96744


MARTINEZ, Benedict B
521 Lauiki Street Apt 1
Honolulu, HI   96826


MARTINEZ, Domingo A
87-269 Mikana Street
Waianae, HI   96792


MASOE, Fenui S
1545 Linapuni Street
Honolulu, HI   96819


MATA, Fuli L
1020 Liliha St #16M
Honolulu, HI   96817


MCDONALD, William E
47-443 Hoopala St
Kaneohe, HI   96744


MCGOVERN, John M
3600 Aolele Street
Honolulu, HI   96820


MERRITT, Matthew I
95-111 Kipapa Drive Apt A-206
Mililani, HI   96789


MIGUEL, Kerly R
2030 Uhu St
Honolulu, HI   96819

MINER-PAHIO III, Sonny P
1050 Kinau Street # 208
Honolulu, HI   96814


MISA, Abner L
87-2135 Helelua Place Apt. 3
Waianae, HI   96792


MITCHELL, Hendry A
365 Halawa View Loop Apt 102
Honolulu, HI   96818


MOLINA, Pedro
2811 Nihi Street
Honolulu, HI   96819


MOORE, Marvin
911 Wiliwili St Apt 1
Honolulu, HI   96826


MUELLER, Jeffrey G
2471A Kapiolani Blvd
Honolulu, HI   96826


MUYCO, Rogelio
1388 Haloa Drive
Honolulu, HI   96818


N'AGH, Sara L
87-117 Au Young Homestead Rd.
Waianae, HI   96792


NAM, Jonny
1009 Long Lane#302
Honolulu, HI   96826

NELSON, Kenneth E
3031 Nihi Street Apt. E
Honolulu, HI  96819


NG, Darryn
1490-A Kohou St
Honolulu, HI  96817


OFAGALILO, Kirifi
2440 Campus Road Apt 563
Honolulu, HI  96822


OLIVEROS, Ashlyn
91-1528 Pihi Street
Ewa Beach, HI  96706


OLIVEROS, Katherine
91-1528 Pihi Street
Ewa Beach, HI  96706


ORTIZ, Armando D
220 Valley Ave
Wahiawa, HI  96786


OSONIS, Johnny
2935 Kuahiwi Street
Honolulu, HI  96819


PAHIA, Robert I
1631 St. Louis Drive
Honolulu, HI  96816


PALEA'AE, Daphne V
94-246 Leoku Street
Waipahu, HI  96797


PALEAAE, Deidra
94-246 Leoku St. #E301
Waipahu, HI  96797

PALEA'AE, Denise
94-246 Leoku Street Apt E-301
Waipahu, HI 96797

PANG, Cheryl M
1825 Dole Street
Honolulu, HI 96822

PATRICIO, Lyndon
87-105 Gilipake Street
Waianae, HI 96792

PEARCE, Judith
614 Wailepo St #3
Kailua, HI 96734

PENISINI, Virginia P
92-706 Halalani Place
Kapolei, HI 96707

PEREIRA, Garrik M
99-628 Hoohalawai Place
Aiea, HI 96701

PETEWON, Quinton R
1140 Lunalilo Street Apt 10
Honolulu, HI 96822

PETEWON, Randy
1140 Lunalilo Street Apt 10
Honolulu, HI 96822

POASA, Jeremiah N
5272 Iroquois Ave
Ewa Beach, HI 96706

POKE, Diallo L
1420 Wilder Avenue Apt 37
Honolulu, HI 96819

POTTER, Sarah
41-558 Humuniki Street
Waimanalo, HI   96795


POYO, Brian M
45-598 A Luuku Pl
Kaneohe, HI   96744


PROPIOS, Sofronio
94-386 Lehopulu Street
Waipahu, HI   96797


PUA, Niuafolau
1552 Kewalo Street
Honolulu, HI   96820


PUUOHAU, Charles K
1103 Liliha St Apt 206
Honolulu, HI   96817


RAMOS, Rogelio
1225 Nakuina Street
Honolulu, HI   96819


REIS, John
45-632 Liula St
Kaneohe, HI   96744


RIOS, Tiffeny
1236 A Ihiihi Avenue
Wahiawa, HI   96786


ROBLES, Nestor L
1045 Aheahe Ave # 320
Wahiawa, HI   96786

ROSE, Ernest
1120 Pua Lane 202-E
Honolulu, HI 96817


RUTH, Gregory D
1915 Ula Street
Honolulu, HI 96819


SAKAIO, Ernest
2630 Kapiolani Blvd Apt 1804
Honolulu, HI 96826


SANELE, Losalia
2216 Ahe Street 47C
Honolulu, HI 96816


SELE, Aganuu
1065 Kawaiahao St #805
Honolulu, HI 96814


SEQUIN, Aaron A
45-679 Waiwai Street
Kaneohe, HI 96744


SERAPION, Anacleto Jr V
92-734 Anipeahi Street
Kapolei, HI 96707


SHARRY, Nason N
1445 Lusitana Apt B
Honolulu, HI 96813


SHITO, Gavin K
1015 Ala Napunani St. #202
Honolulu, HI 96818


SIMS, Antoine J
4821 E. Ekolu Way Apt D
Ewa Beach, HI 96706

SMYTHE, Edward
2810 Date Street
Honolulu, HI   96816


SOARES, Stanley H
91-797 Makule Rd
Ewa Beach, HI   96706


SOBRADO, Gaynon
53-567 Kam Hwy
Hauula HI 96717


SOLOMONA, Meki
1552 Kewalo St 301
Honolulu, HI   96822


SOUND, John
99-141 Kohomua Street Apt 13-H
Aiea, HI   96701


STEPHEN, Terphyna
955 Akepo Ln, Apt 309
Honolulu, HI   96817


TABISULA, Corazon Artemio F
2144 Makanani Drive
Honolulu, HI   96817


TAITO, Toluvalu F
PO Box 19205
Honolulu, HI   96817


TAKAMINE, Robert M
3078 Kalawao St.
Honolulu, HI   96822

TALAMOA, Willie
1699 Ahiahi Place #6E
Honolulu, HI   96817


TAMAPUA, Yeoland
92-332 Akaula Street
Kapolei, HI   96707


TATAFU, Akosita
2246 Date Street Apt B
Honolulu, HI   96826


TATAFU, Siaki
2245 Citron St Apt 4
Honolulu, HI   96826


TAUA, Eliapo
94-391 Haaa St.
Waipahu, HI   96797


TAUFA, Samuela
PO Box 1618
Pearl City, HI   96782


TAYLOR, Trevor
2469 South King Street
Honolulu, HI   96826


TKEL, Christopher
538 Kamoku St #4
Honolulu, HI   96826


TOKESHI, Michael A
98-885 Moanalua Rd
Aiea, HI   96701


TO'OMALATAI, Felila
87-2049 Pakeke St.
Waianae, HI   96792

TOTOA, Totoa J
3020 Waialae Avenue
Honolulu, HI   96816


ULUFALE, Arya T
91-773 Kilipoe Street
Ewa Beach, HI   96706


UTOALUGA, Elisara J
916 Eu Lane Apt-A
Honolulu, HI   96817


VAELUAGA, Sani
99-009 Kalaloa St 1301
Aiea, HI   96701


VEA, Sioeli
2245 Citron Apt I
Honolulu, HI   96826


VICENTE, Porfirio B
1617 Leilehua Ln
Honolulu, HI   96813


VILLA, (Vic), Victor
45-703 Hilinai St.
Kaneohe, HI   96744


VILLA, (Vm), Vincent
45-703 Hilinai St.
Kaneohe, HI   96744


WITTIG, Bob
47-721 Akokoa Place
Kaneohe, HI   96744

WONG, Philip L
92-348 Hookili Place
Kapolei, HI   96707


YAMAUCHI, Brian T
94-615 Kahakea St. #8A
Waipahu, HI   96797


YANAGA, Scot C
99-1021 Ohelopapa Pl
Aiea, HI   96701


YINUG, Leo
1130 Kamehameha Iv Rd Apt D
Honolulu, HI   96819


YOUNG, James M
86-130 Puhano Street
Waianae, HI   96792


ABE, Susan M
264 Naholo Circle
Kahului, HI   96732


ABILAY, Chad K
480 Kenolio Rd #D
Kihei, HI   96753


AFEAKI, James
350 Noe Street
Kihei, HI   96753


AHLO, Henderson
568 Hea Place
Wailuku, HI   96793


ALDIN, Zyris Z
23 Hooui
Kahului, HI   96732

ANCHETA, Ernesto
836 Kalena Street
Lahaina HI 96761


ARRUIZA, Jaymee R
3500A Old Haleakala Hwy
Pukalani, HI 96768


CARREON, Valentin
1107 Makalii Pl
Kahului, HI   96732


CARTER, Kyle K
302 Humupea Pl
Kihei, HI   96753


COOPER, Matthew
319 South Moukapu Street
Kahului, HI   96732


COX, Will L
636 Kaikoo St.
Wailuku, HI   96793


CUOMO, Richard W
304 Hoalike St
Kihei, HI   96753


DEVERA, Travis J
140 Uwapo Rd. #20-201
Kihei, HI   96753


FAUBION SR., Robert W
81 East Waipuilani Road
Kihei, HI   96753

FELIX, Edwardine
239 Hoomoku St
Kahului, HI  96732


KAILILAAU, Tammy A
219 N. Market Street A 6
Wailuku, HI  96793


KAIMIMOKU, Charles
120 Awakea Lp
Makawao, HI 96768


KAJLE, Helmi
PO Box 1477
Puunene, HI 96784


KAUVAKA, Vaihola (Vai)
PO Box 10522
Lahaina, HI 96761


KERRY, Damon
111 Kahului Beach Rd Apt A424
Kahului, HI  96732


LAHIN, Aliaksei N
859 Laalo St
Lahaina HI 96761


LALIM, Edward
2219 South Kihei Rd Apt#A107
Kihei, HI  96753


LATUSELU, Mateialona
PO Box 88
Lahaina HI 96761


LEE, John A
134 Waimaluhia Lane Apt.101
Wailuku, HI  96793

MOONEY, Gene T
47 E. Waipuilani Rd.
Kihei, HI  96753


MORRISON, Joshua S
711A Mililani Place
Kihei, HI  96753


ORDONEZ, Dana K
337 S Palama Dr
Kahului, HI  96732


PASTORES JR., Adolfo A
648 Molokai Akau St.
Kahukui HI 96732


PRIVE, Jill M
3435 A Kehala Drive
Kihei, HI  96753


RANDOLPH, Johnny
2136 A Kahookele St
Wailuku, HI  96793


RIVERA, Paul K
291 Humupea Pl.
Kihei, HI  96753


ROBERTS, James M
47 E Waipuilani
Kihei, HI  96753


SAGARIO, Leandro
640 Holua Dr
Kahului, HI  96732

SANDERSON, Brad
1065 Ulu Kanu St
Wailuku, HI   96793


WONG, Karlen
PO Box 1479
Kihei, HI   96753


ADVIENTO, Sr, Gabriel
277 Pua Ave
Hilo, HI 96720


ALBANO, Ernest S
PO Box 1191
Keaau, HI 96749


ALBEZ, Peter L
Rr3 Box 1340
Pahoa, HI 96778


ATON, Jason H
14 Nani Pl
Hilo, HI 96720


CANONIGO, Benjamin
75-186 Kalani Street
Kailua-Kona, HI 96740


CARVALHO JR, Frank
15-2729 N Awa St
Pahoa, HI 96778


CHEW, Marva
36 Noeau Street
Hilo, HI 96720


CRIVELLO, Ronald A
1073 Kaumana Dr
Hilo, HI 96720

CUSHING JR, David
161 Banyan Dr Apt 109
Hilo, HI 96720


DAWANA, Shannon N
PO Box 1682
Pahoa, HI 96778


DELA CRUZ, Don K
15 Pakalana Place
Hilo, HI 96720


DEMELLO II, Adrian L
9 Kupaa St
Hilo, HI 96720


ELMORE, Mike
PO Box 7063, Pmb255
Ocean View, HI 96737


HA'AE, Veronica
PO Box 6446
Ocean View, HI 96737


HULIHEE, Tierra
PO Box 7636
Hilo, HI 96720


JARDINE, Patricia R
PO Box 1822
Pahoa, HI 96778


JULIAN, Preston
369-1 Kukuau Street
Hilo, HI 96720

KALANI SR, Charles
PO Box 53
Papaikou, HI   96781


KANAKAOLE, Leslie K
1572 Kaupili St
Hilo, HI   96720


KELLY, Michael A
General Delivery
Mountain View, HI   96771


KIN CHOY, Richard K
PO Box 711343
Mountain View, HI   96771


LEWI, Bernadine A
78-6693A Alii Drive
Kailua-Kona, HI   96740


MADRONA, Kenneth
16423 Ainapua St
Pahoa, HI   96778


MAI (TOAN), Toan H
9 West Uluwai St
Hilo, HI   96720


MANGANARO, Andrea M
2614 Ainaola Drive
Hilo, HI   96720


MANINTIN, Joann I
PO Box 28
Keaau HI 96749


MAREKO, Lamosa
233 Ululani St
Hilo, HI   96720

MEDEIROS, Brian S
PO Box 173
Papaikou, HI   96781


MEDEIROS, Robert L
PO Box 173
Papaikou, HI   96781


MEDEIROS, Tyson L
82 Mikioi Street
Hilo, HI   96720


MORISATO, Paul
73-1300 Hiolani St
Kailua-Kona, HI   96740


PANG, Royden
219 Akolea Rd.
Hilo, HI   96720


PETERS, Eric J
PO Box 755
Pahoa, HI   96778


SAFFERY, Jon M
PO Box 2045
Pahoa, HI   96778


SANCHEZ, Amadio R
204 South Wilder Rd
Hilo, HI   96720


SANTIAGO, Robert C
PO Box 354
Hakalau, HI 96710

SAPLAN, Neal P
75-186 Kalani St #B-2
Kailua-Kona, HI  96740


SIMPLICIANO, Donna P
PO Box 955
Kailua-Kona, HI  96745


SIN, Dennis L
329 King Ave
Hilo, HI  96720


SOULIYALAOVONG,
Moonnoothorn C
PO Box 669
Keaau, HI 96749


TAMASHIRO, Garrick
PO Box 763
Pahoa, HI  96778


VAZQUEZ, Manuel R
11-3223 Anuhea St
Volcano, HI 96785


WAKITA, Solomon K
301 King Ave
Hilo, HI  96720


ALMERO, Conchita
1407 Gulick Ave
Honolulu, HI  96819


ALMERO, Santiago
1407 Gulick Ave
Honolulu, HI  96819

ARIGO, Filipina
99-09 Alaloa St. Apt 801
Aiea, HI  96701


CHEW, Choo K
98-1038 Moanalua Rd Apt #801
Aiea, HI  96701


DIAZ, Dante
87-645 Manuu Street
Waianae, HI  96792


FLORES, Gladys  M
753 Kopke Street A-2
Honolulu, HI  96819


FREEMAN, Edwina
46-301 Kahuhipa St
Kane'Ohe HI 96744


GUILLERMO, Mariano M
851 N. School St. Apt 306
Honolulu, HI  96817


HENSON, Horacio H
1641 Hoolehua
Pearl City, HI  96782


MARTES, Rosalina
2003 Ulana Street
Honolulu, HI  96819


MARTIN, Victoriana T
3660 Puuku Mauka St
Honolulu, HI  96818


MAUGA, Ana
94-249 Waikele Rd Apt 120D
Waipahu, HI  96797

MCHUGH, Guy
94-242 Pupukui St
Waipahu, HI   96797


ONISHI, Justin
94-762 Lumiauau Street Apt U-2
Waipahu, HI   96797


QUIESTAS, Julieta
91-1011 Wahinoho Street
Kapolei, HI   96707


QUIESTAS, Wilfredo
91-1011 Wahinoho Street
Kapolei, HI   96707


RAQUEPO, Rhoda-Beth C
94-039 Waipahu Street, Apt 309
Waipahu, HI   96797


ROBINSON, Dianne
92-937 Welo Street, Apt 75
Kapolei, HI   96707


SALAS, Julian
87-120 Kulahelela Place
Waianae, HI   96792


SAMBRANO, Arlene F
94-346 Kahuawai Street
Waipahu, HI   96797


TERUYA, Cyrus S
94-704 Paaono Street, Apt M4
Waipahu, HI   96797

CANONIGO, Patrick
1207 Liliha Street
Honolulu, HI   96817


CANONIGO, Roxanne
1207 Liliha Street
Honolulu, HI   96817


COONEY, Honey
1648 Hoohulu Street
Pearl City, HI   96782


FAJARDO, Peter
1416 Middle Street, #204
Honolulu, HI   96819


FREEMAN, Helen
46-301 Kahuhipa Street
Kaneohe, HI   96744


LEONG, Nathan K
PO Box 4318
Honolulu, HI   96812


LUI, Maria Yk
982-1520 Aliinui Dr Apt 4
Kapolei, HI   96707


MULLER, Beverly A
2387 Tantalus Dr
Honolulu, HI   96813


WONG, Christina
731 17Th Ave
Honolulu, HI   96816

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Roxanne Canonigo, the Responsible Person of Freeman Guards, Inc., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing *"Mailing Matrix"* and that it is true and correct to the best of my information and belief.

DATED: Honolulu, Hawaii, October 21, 2010.

FREEMAN GUARDS, INC.

*/s/ Roxanne Canonigo*

ROXANNE CANONIGO
Responsible Person