| | Trustee's Name, Address, Phone, Fax, Email: <br> David C. Farmer, Trustee <br> 225 Queen Street, Ste. 15A <br> Honolulu, HI 96813 <br> Phone: (808) 222-3133 <br> Fax: (866) 559-2922 <br> Email: farmerd001@gmail.com | **UNITED STATES BANKRUPTCY COURT** <br><br> **DISTRICT OF HAWAII** |
|---|---|---|
| | Debtor(s): <br> FREEMAN GUARDS, INC. | Case No.: 10-03229 FJR <br> (Chapter 7) |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ | 27,643.01 |
|---|---|---|

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* | |
|---|---|---|---|
| 116 | PROPIOS, Sofronio <br> 94-386 Lehopulu Street <br> Waipahu, HI 96797 | $ | 874.19 |
| 132 | SMYTHE, Edward <br> PO Box 134 <br> Waianae, HI 96796 | $ | 824.07 |
| 126 | DAVIDSON, Richard J <br> 1234 Kamaile Street Apt A1 <br> Honolulu, HI 96814 | $ | 797.79 |
| 115 | YINUG, Leo <br> 1130 Kamehameha Iv Rd Apt D <br> Honolulu, HI 96819 | $ | 599.51 |
| 114 | Agrifino D. Coloma, Jr. <br> P.O. Box 151 <br> Honomu, HI 96728 | $ | 481.22 |
| 98 | Tammy Kaililaau <br> 33 Waipono Lani, #201 <br> Wailuku, HI 96793 | $ | 422.58 |
| 106 | Leon C. Drake 3rd. <br> 1015 Ahe Ahe Ave., Apt. 304 <br> Wahiawa, HI 96786 | $ | 370.68 |
| 102 | James Waltjen <br> 40 Hihio Road <br> Hilo, HI 96720 | $ | 463.40 |
| 133 | KAIMIMOKU, Charles <br> 120 Awakea Lp <br> Makawao, HI 96768 | $ | 1,204.17 |

| | | | |
|---|---|---|---|
| 138 | Legaspi, Alvin Kenneth<br>94-352 Kahualena St.<br>Waipahu, HI 96797 | $ | 577.48 |
| 166 | Choo, Chew K.<br>P.O. Box 31135<br>Honolulu, HI 96820 | $ | 1,016.72 |
| 171 | Benjamin A. Canonigo<br>75-186 Kalani St., B-1<br>Kailua-Kona, HI 96740 | $ | 1,881.28 |
| 170 | RAMOS, Rogelio<br>1933 Kahanu Street<br>Honolulu, HI 96819 | $ | 600.26 |
| 161 | GIBSON, Summer K<br>1957 Kalihi Street<br>Honolulu, HI 96819 | $ | 610.64 |
| 152 | Kenneth K. Ikeda<br>1023 Desha Ln., Apt. 13<br>Honolulu, HI 96817 | $ | 1,648.68 |
| 139 | Daniels, Shaze<br>c/o 1229 Ala Kapuna St., #304<br>Honolulu, HI 96819 | $ | 276.31 |
| 149 | CHOI, Youngjin<br>1541 Kalakaua Avenue Apt 1101<br>Honolulu, HI 96826-2482 | $ | 1,001.50 |
| 141 | GROOVER, Elijah<br>92-7049 Elele St Unit 106<br>Kapolei, HI 96707 | $ | 624.07 |
| 88 | FAAINUINU, Paul T<br>94-1017 Maikai Pl. Rm. 8<br>Waipahu, HI 96797 | $ | 560.97 |
| 87 | Nien Tran<br>103-B Hema Street<br>Hilo, HI 96720 | $ | 414.73 |
| 33 | Will L. Cox<br>634 B Waiehu Beach Rd.<br>Wailuku, HI 96793 | $ | 1,596.11 |
| 39 | LALIM, Edward<br>2219 South Kihei Rd Apt#A107<br>Kihei, HI 96753 | $ | 1,194.64 |
| 34 | SOLOMONA, Meki<br>1552 Kewalo St 301<br>Honolulu, HI 96822 | $ | 727.95 |

| | | | |
|---|---|---|---|
| 26 | Alex Reveira<br>P.O. Box 5831<br>Hilo, HI 96720 | $ | 118.93 |
| 13 | Christina Wong<br>737 17th Ave.<br>Honolulu, HI 96816 | $ | 1,453.48 |
| 3 | SIMS, Antoine J<br>4821 E. Ekolu Way Apt D<br>Ewa Beach, HI 96706 | $ | 463.15 |
| 9 | Alae Aimalefoa Jr.<br>94-303 Pupuole St., Apt. 301-B<br>Waipahu, HI 96797 | $ | 776.66 |
| 4 | MORISATO, Paul<br>73-1300 Hiolani St<br>Kailua-Kona, HI 96740 | $ | 406.61 |
| 41 | Paul Alonzo, Jr.<br>4640 Drayton Pl.<br>Riverside, CA 92503 | $ | 59.46 |
| 42 | Jo Ann I. Manintin<br>P.O. Box 28<br>Keaau, HI 96749 | $ | 840.41 |
| 80 | LORENZANA, Jose<br>1216 Pua Lane, Apt 601<br>Honolulu, HI 96817 | $ | 706.06 |
| 86 | Nien Tran<br>103-B Hema Street<br>Hilo, HI 96720 | $ | 25.22 |
| 85 | SAFFERY, Jon M<br>PO Box 2045<br>Pahoa, HI 96778 | $ | 287.15 |
| 66 | MISA, Abner L<br>87-2135 Helelua Place Apt. 3<br>Waianae, HI 96792 | $ | 938.49 |
| 63 | CROFT, Harold W<br>2525 Date Street Apt 3706<br>Honolulu, HI 96826 | $ | 667.32 |
| 47 | SANDERSON, Brad<br>1065 Ulu Kanu St<br>Wailuku, HI 96793 | $ | 383.78 |
| 61 | KEOAMPHONE, Serpico<br>55A Koele Way, #A<br>Wahiawa, HI 96786 | $ | 231.57 |

| 60 | HA'AE, Veronica<br>PO Box 6446<br>Ocean View, HI 96737 | | $ | 688.87 |
|---|---|---|---|---|
| 2 | IOANE, January<br>2616 Kalihi Street<br>Honolulu, HI 96819 | | $ | 826.90 |
| Dated: September 17, 2015 | | /s/ David C. Farmer, Trustee<br>　　　　Trustee | | |